Keith ELLINGSON, Relator,

v.

BRADY CORPORATION, Self–Insured, adm'd by Gallagher Bassett Services, Respondents,

and

Blue Cross/Blue Shield of Minnesota, Unum Life Insurance of America, and Fairview Health Services, Intervenors.

No. A05–1462.

Supreme Court of Minnesota.

Jan. 10, 2006.

## ORDER

Based upon all the files, records and proceedings herein, and upon an evenly divided court,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 28, 2005, be, and the same is, affirmed without opinion.